IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STACEY E. BALLARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:22-CV-310-WKW ) [WO] |
| PRATTVILLE CITY POLICE DEPARTMENT, | ) ) ) |
| Defendant. | ) |

## **ORDER**

On December 21, 2022, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 9.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is dismissed without prejudice.

DONE this 9th day of January, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE